**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00283-CV

### IN THE ESTATE OF LOLA CHENOWITH, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. Pr-12-00202-2**

## ORDER

The Court has before it appellant's July 10, 2013 second motion to extend time to file appellant's brief, which is unopposed. The Court **GRANTS** the motion and **ORDERS** appellant to file her brief by July 25, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE